IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JACOBY POPE,

    Petitioner,           No. 2:09-cv-0718-JFM (HC)

  vs.

PEOPLE OF THE STATE
OF CALIFORNIA,

    Respondents.         ORDER TO SHOW CAUSE
_____/

        On March 16, 2009, petitioner, a prisoner at California State Prison-Sacramento, filed a document styled "motion to extend the filing deadline," seeking an extension of time to file a habeas corpus petition. The motion was opened as the above-captioned action. On March 26, 2009, petitioner filed a consent to proceed before a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c).

        By order filed March 27, 2009, petitioner was advised that in order to commence an action, petitioner must file a petition for writ of habeas corpus as required by Rule 3 of the Rules Governing Section 2254 cases, and petitioner must either pay the required filing fee or file an application requesting leave to proceed in forma pauperis. See 28 U.S.C. §§ 1914(a), 1915(a). Petitioner was further advised that the court will not issue any orders granting or denying relief until an action has been properly commenced. For those reasons, the court denied petitioner's

request without prejudice and granted petitioner the opportunity to file, within thirty days, his petition and to submit an application requesting leave to proceed in forma pauperis or to submit the appropriate filing fee.

On April 21, 2009, petitioner filed a document styled as a motion concerning his efforts to obtain a complete in forma pauperis application. In the document, which is dated April 16, 2009, petitioner represents that he submitted an in forma pauperis application to prison staff for processing so that he "may proceed with the order requested by the Court to have filing fee submitted or have application to proceed in forma pauperis approved and presented to the court in order to file any documents further." Motion, filed April 21, 2009, at 2. Petitioner has filed no further documents in this action.

The thirty day period set in the court's April 27, 2009 order has expired and petitioner has filed neither a habeas corpus application nor anything that satisfies the filing fee requirement for a habeas corpus action.

Accordingly, IT IS HEREBY ORDERED that within twenty days from the date of this order petitioner shall show cause in writing, if any he has, why this action should not be dismissed without prejudice. Failure to respond to this order will result in the dismissal of this action. See Fed. R. Civ. P. 41(b); see also Local Rule 11-110.

DATED: May 5, 2009.

UNITED STATES MAGISTRATE JUDGE

12
pope0718.osc