IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JACOBY POPE,

    Petitioner,                   No. 2:09-cv-0718 JFM P

    vs.

PEOPLE OF THE STATE
OF CALIFORNIA,

    Respondents.               <u>ORDER</u>

        Petitioner is a state prisoner proceeding pro se. On July 10, 2009, this action was dismissed without prejudice due to petitioner's failure to file a habeas corpus application. On April 13, 2012, petitioner filed a document styled "Notice for Equitable Tolling." Petitioner is informed that this action is closed and that the court cannot and will not make any findings concerning the applicability of equitable tolling to any petition for writ of habeas corpus that he may file. Should he choose to file a petition for writ of habeas corpus, he must do so in a new action. No orders will issue in response to future filings in this closed case.

DATED: June 29, 2012.

                                               UNITED STATES MAGISTRATE JUDGE

12;pope0718.158